USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: _8/10/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSE MECHANICAL CORP.,

Plaintiff,

-against-

88 WALL STREET LLC and THE WALL : STREET HOTEL,

Defendants.

26 Civ. 6633 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On August 3, 2026, Plaintiff filed a notice of removal from Supreme Court, New York County, pursuant to 28 U.S.C. § 1452 and Rule 9027(a) of the Federal Rules of Bankruptcy Procedure. *See* ECF No. 1. Accordingly, by **August 24, 2026**, Defendants shall each appear in this action and advise the Court whether they contest removal, and if so, on what basis. Plaintiff shall promptly serve this order on Defendants, and, by **August 14, 2026**, file proof of such service on the docket.

SO ORDERED.

Dated: August 10, 2026
New York, New York

ANALISA TORRES
United States District Judge