USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 8/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSE MECHANICAL CORP.,

Plaintiff,

-against-

88 WALL STREET LLC and THE WALL STREET HOTEL,

Defendants.

26 Civ. 6633 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the notice of removal in this action at ECF No. 1 and Plaintiff's letter at ECF No. 7. The Clerk of Court is respectfully directed to transfer this action to the United States Bankruptcy Court for the Southern District of New York.

SO ORDERED.

Dated: August 19, 2026
New York, New York

ANALISA TORRES
United States District Judge